JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM M. FRANKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R.C. JOHNSON et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-04635-VBF-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.

**The Report and Recommendation is ADOPTED.**

**The Third Amended Complaint is dismissed with prejudice.**

Final judgment consistent with this Order will be entered as a separate document.  This action is Terminated and closed (JS-6).

Dated:  September 30, 2022

　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE