1
2
3                                                          JS-6
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   TOM M. FRANKS,                    Case No. 2:20-cv-04635-VBF-PD
12              Plaintiff,             **JUDGMENT**
13        v.
14   R.C. JOHNSON, et al.,
15              Defendants.
16
17
18        Final judgment is hereby entered in favor of all the defendants and
19   against the plaintiff.  IT IS SO ADJUDGED.
20
21   Dated:  September 30, 2022              /s/ Valerie Baker Fairbank
22
23                                        HON. VALERIE BAKER FAIRBANK
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28